IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02626-EWN-MEH

LINDA WILLIAMS,

    Plaintiff,

v.

BUREAU OF LAND MANAGEMENT,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2008.**

    Plaintiff's Motion for Default Judgment [filed March 6, 2008; doc #13] is **denied without prejudice**. Pursuant to Fed. R. Civ. P. 55, a party must first seek entry of default before she can pursue relief through a motion for default judgment.