IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02626-EWN-MEH

LINDA WILLIAMS,

    Plaintiff,

v.

BUREAU OF LAND MANAGEMENT,

    Defendant.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2008.**

    Plaintiff's second Motion for Default Judgment [filed March 7, 2008; doc #16] is **denied as duplicative** of the motion filed March 6, 2008 (doc. #13).