IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02626-EWN-MEH

LINDA WILLIAMS,

    Plaintiff,

v.

BUREAU OF LAND MANAGEMENT,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 20, 2008.**

    Plaintiff's fourth Motion for Default Judgment [filed March 12, 2008; doc #22] is **denied as duplicative** of the motions filed March 6, 2008 [doc. #13], March 7, 2008 [doc.#16], and March 10, 2008 [doc. #19].

    For the second time, Plaintiff is warned that the filing of duplicative and redundant motions results in a waste of this Court's time and resources, and may be subject to sanctions in accordance with D.C. Colo. LCivR 7.1H. A copy of this Court's Local Rules may be obtained through the Clerk of the Court or on the Court's website at www.co.uscourts.gov.