IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-02626-EWN-MEH | Date: March 27, 2008 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

LINDA WILLIAMS, *Pro Se*

    Plaintiff,

v.

BUREAU OF LAND MANAGEMENT,     Terry Fox

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING – SET BRIEFING SCHEDULE**

**Court in session:** 9:34 a.m.

Court calls case. Appearances of *pro se* Plaintiff by telephone and counsel.

Discussion regarding Defendant's Motion for Briefing Deadlines in Lieu of a Scheduling Order (Doc. #24, filed 3/20/08).

**ORDERED:** Defendant's Motion for Briefing Deadlines in Lieu of a Scheduling Order (Doc. #24, filed 3/20/08) is GRANTED. The Court will enter a separate order setting the Briefing Schedule.

**Court in recess:** 9:53 a.m. (Hearing concluded)
**Total time in Court:** 0:19