IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02626-EWN-MEH

LINDA WILLIAMS,

    Plaintiff,

v.

BUREAU OF LAND MANAGEMENT,

    Defendant.

## ORDER ON MOTION TO DISMISS THE ADMINISTRATIVE RECORD

Pending before the Court is Plaintiff's "Motion to Dismiss the Administrative Record (A.R.) Documents Label [sic] 1 to 196" [filed May 19, 2008; doc #39]. The motion is **denied**.

On May 1, 2008, the Government submitted the administrative record with a properly executed certification by the custodian. In this circuit, "'designation of the Administrative Record, like any established administrative procedure, is entitled to a presumption of administrative regularity. The court assumes the agency properly designated the Administrative Record absent clear evidence to the contrary.'" *Citizens For Alternatives To Radioactive Dumping v. United States Dept. of Energy*, 485 F.3d 1091, 1097 (10th Cir. 2007) (quoting *Bar MK Ranches v. Yuetter,* 994 F.2d 735, 740 (10th Cir. 1993) (citation omitted)). As in the *Citizens for Alternatives* case, Plaintiff here has provided nothing to overcome the presumption of regularity, nor is there any showing, let alone a "strong showing" (as required by the Tenth Circuit) of improper behavior in development of the record. Indeed, the only statement Plaintiff makes about the record in her motion is that it is a mess, it is not in chronological order, it is pure garage (presumably garbage), just old junk, she cannot figure out what it is saying, and she has not gotten what she paid for. In this case, the record is only 1196 pages (mistakenly referenced as 196 pages in the title of Plaintiff's Motion). From the

table of contents submitted by the Government, it appears that it is properly organized. In the event that Plaintiff believes that the administrative record should contain additional documents, she can submit a motion to supplement the record, describing with particularity the omitted, relevant documents.

So ordered.

Dated at Denver, Colorado this 17th day of June, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge