IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–02626–EWN–MEH

LINDA L. WILLIAMS,

    Plaintiff,

v.

BUREAU OF LAND MANAGEMENT,

    Defendant.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed June 18, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendant's "Motion to Dismiss" (#41, filed May 22, 2008) is GRANTED. This case is dismissed with prejudice.

3. Plaintiff's "Motion to Dismiss" (#45, filed June 9, 2008) is DENIED.

DATED this 12th day of August, 2008.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              Chief United States District Judge